IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN JACOBS,** | : | **CIVIL ACTION** |
| *a/k/a Dorian Jacobs*, | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 22-CV-2861 |
| | : | |
| **DETECTIVE DONNA ZAMPIRI,** *et al.*, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 17th day of January, 2023, upon consideration of Plaintiff Steven Jacobs's Fourth Amended Complaint (ECF No. 26), it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum, that:

1. The Fourth Amended Complaint is **DISMISSED**, **with prejudice**, for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*